**LAW OFFICES OF STEVE GIMBLIN**
Steve Gimblin (272044)
Justin Kuney (249283)
1463 LIVE OAK BLVD.
YUBA CITY, CA 95991
P#530-671-9822
Email: electronicservice@yubalaw.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JOSHUA RYAN,

    Plaintiff,

v.

HOME DEPOT, U.S.A., INC.; DOES 1-10, inclusive,

    Defendants.

Case No. 2:23-cv-02763-JAM-JDP

**STIPULATION AND ORDER OF DISMISSAL [FRCP 41]**

Judge: Honorable John A. Mendez
    United States Magistrate Judge

Plaintiff JOSHUA RYAN, an individual, and Defendant HOME DEPOT, U.S.A., INC. ("Defendant"), hereby stipulate under Rules 41(a) and (c) of the Federal Rules of Civil Procedure that this action be dismissed with prejudice as to all claims, counterclaims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs, under the terms of that certain Settlement Agreement entered into by the parties on about

The parties further stipulate that as a condition of this dismissal, this Court shall retain jurisdiction to supervise and enforce the terms of the Settlement Agreement upon motion by any party, as provided by Section 664.6 of the California Code of Civil Procedure and other applicable state and federal law.

1

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL PURSUANT TO SETTLEMENT

The parties further hereby voluntarily consent under 28 U.S.C. § 636(c) to have the Honorable John A. Mendez, United States Magistrate Judge, conduct any and all further proceedings in the case.

Dated:  April 22, 2026

**GOODMAN NEUMAN HAMILTON LLP**

By: _____
        MARYSIA S. OKREGLAK
        Attorney for Defendant
        HOME DEPOT, U.S.A., INC.

Dated:  March 26, 2026

**LAW OFFICES OF STEVE GIMBLIN**

By: _/s/ Steve Gimblin_____
        STEVE GIMBLIN
        Attorney for Plaintiff
        JOSHUA RYAN

LAW OFFICES OF STEVE GIMBLIN
1463 LIVE OAK BLVD.
YUBA CITY, CA 95991

2

## **ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Rules 41(a) and (c) of the Federal Rules of Civil Procedure, IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, counterclaims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. As a condition of dismissal, and as provided by Section 664.6 of the California Code of Civil Procedure and other applicable state and federal law, the Court shall retain jurisdiction to supervise and enforce the terms of the settlement.

Dated: April 22, 2026

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

LAW OFFICES OF STEVE GIMBLIN
1463 LIVE OAK BLVD.
YUBA CITY, CA 95991

3